**91–2213.** Johnson v. Norman Mallone & Assoc., Inc. *Summit County,* No. 14976. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Summit County to certify its record and was considered in a manner prescribed by law. On application of appellees, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective November 27, 1991.

IT IS FURTHER ORDERED by the court that a copy of this entry be certified to the Clerk of the Court of Appeals for Summit County for entry.

*Wednesday, December 4, 1991*
## MISCELLANEOUS DISMISSALS

**91–1634.** State v. Burney. *Cuyahoga County,* No. 58611. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court.

On October 16, 1991, this court granted appellant's motion to strike his duplicative memorandum in support of jurisdiction. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and the same is hereby, dismissed, effective December 2, 1991.

**91–2027.** Dee Cee Associates v. Norfolk & Western Ry. Co. *Huron County,* No. H–90–16. Cause dismissed, on joint application for dismissal, effective December 2, 1991.

**91–2057.** First Bank, N.A. v. Willis. *Cuyahoga County,* No. 58773. *Sua sponte,* cause dismissed for want of prosecution, effective December 2, 1991.


## DISCIPLINARY DOCKET

**91–1767.** Columbus Bar Assn. v. Ewing. Upon consideration of relator's motion to strike respondent's response and supplemental response to this court's order to show cause or, in the alternative, to postpone oral argument and grant relator time to prepare answer brief,

IT IS ORDERED by the court that said motion to strike respondent's response be, and the same is hereby, denied, effective December 2, 1991.

IT IS FURTHER ORDERED by the court that said motion to postpone oral argument be, and the same is hereby, granted, and time for filing relator's answer brief is extended to December 17, 1991.

H. Brown and Resnick, JJ., dissent.

Holmes, J., not participating.